UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __20mj03255 O'Sullivan__

UNITED STATES OF AMERICA

vs.

MICHAEL SHANE VACCIANNA,
LOUIS ANTHONEY GOWIE,
DEWAN MCCOOK, and
LOTHARIO DION ROSE,

         **Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  ___ Yes  _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes  _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _/s/ Peter W. Link_____
Peter W. Link
Special Assistant United States Attorney
Southern District of Florida
Court ID No. 5502658
99 Northeast 4th Street, 4th Floor
Miami, Florida 33132-2111
Telephone: (305) 961-9136
E-mail: peter.link@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL SHANE VACCIANNA, | ) | Case No. 20mj03255 O'Sullivan |
| LOUIS ANTHONY GOWIE, | ) | |
| DEWAN MCCOOK, and | ) | |
| LOTHARIO DION ROSE, | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about ___July 5, 2020___, upon the high seas and elsewhere outside the jurisdiction of any particular State or district, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(G), it is further alleged that this violation involved one-thousand (1,000) or more kilograms of a mixture and substance containing a detectable amount of marihuana. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Ahern, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with Fed.R.Crim.P. 4.1 by FaceTime.

Date: 7/27/2020

*Judge's signature*

City and state: Miami, Florida

Chief U.S. Magistrate Judge John J. O'Sullivan
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Michael Ahern, being duly sworn, hereby depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the U.S. Drug Enforcement Agency ("DEA"), and have been so employed since March 2009. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division in Miami, Florida and have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as documents provided to me in my official capacity, information obtained from other individuals, including officers and witnesses, my review of documents and records related to this investigation, communications with others who have personal knowledge of the events and circumstances descried herein, and information gained through my training and experience. The information contained in this Affidavit is true and correct to the best of my knowledge and belief. Because this Affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation.

3. This Affidavit is submitted for the sole purpose of establishing probable cause for the arrest of Michael Shane Vaccianna ("VACCIANNA"), Louis Anthoney Gowie ("GOWIE"), Dewan McCook ("MCCOOK"), and Lothario Dion Rose ("ROSE") for knowingly and willfully

conspiring to possess with intent to distribute a controlled substance, that is one-thousand (1,000) kilograms or more of marijuana in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b), while on board a vessel subject to the jurisdiction of the United States.

## PROBABLE CAUSE

4. On or about July 5, 2020, while on routine patrol in the Caribbean Sea, the United States Ship ("USS") SHAMAL detected a go-fast vessel ("GFV"), approximately forty-five (45) nautical miles west of the South Claw of Haiti. The USS SHAMAL observed the GFV operating at a high rate of speed with four (4) crew members onboard. The GFV had no indicia of nationality, and it was observed that members of the crew were jettisoning packages from the GFV.

5. The USS SHAMAL launched their small boat with an embarked law enforcement team to interdict the GFV. Suspecting the GFV of smuggling drugs, authorization was given to deploy use of force. The law enforcement team on the small boat employed warning shots, which were not effective in preventing the GFV from fleeing. The law enforcement team employed disabling fire, which was effective, and the GFV became stationary in the water.

6. Once alongside the GFV, law enforcement made contact with all four of the crew members and conducted a right of visit boarding of the GFV. There were four individuals onboard, who were later identified as VACCIANNA, a Jamaican national, GOWIE, a Jamaican national, MCCOOK, a Jamaican national, and ROSE, a Bahamian national. The master of the vessel, identified as VACCIANNA, made a verbal claim of Jamaican nationality for the vessel and its crew. Based on these statements, the United States contacted the government of Jamaica. The Jamaican government granted permission to board and search the vessel; however they were unable to confirm registry of the vessel. Shortly thereafter, the name of the vessel was ascertained. The vessel's name, MIRACLE III, was passed along to the Jamaican government. The Jamaican

government responded by retracting their permission to board and search the vessel; however, they could still not confirm the registration of the vessel. **Due to Jamaica's response, the GFV, MIRACLE III, was treated as a vessel without nationality** and, therefore, subject to the jurisdiction of the United States.

7. A full law enforcement boarding was conducted. Law enforcement located a total of seven-hundred and eight (708) packages of suspected contraband onboard the GFV and in the associated jettison field. The packages were of varying shapes and sizes. The combined total weight of the packages is approximately 3,940 pounds (or approximately 1,790 kilograms). A law enforcement officer conducted field tests of the substance in the packages. The substance tested positive for marijuana.

8. On July 6, 2020, the United States received notification from the Jamaican government that the GFV, MIRACLE III, was a Jamaican registered vessel. On July 14, 2020, the government of Jamaica waived primary right of jurisdiction over the MIRACLE III, cargo, and three Jamaican crew members (VACCIANNA, GOWIE and MCCOOK), and waived objection to the enforcement of United States law by the United States. On July 17, 2020, Jamaica waived objection to the enforcement of United States law over ROSE, the Bahamian crew member. Therefore, the MIRACLE III, cargo, and four crewmembers are subject to the jurisdiction of the United States.

9. All four (4) crew members (VACCIANNA, GOWIE, MCCOOK, and ROSE) are scheduled to arrive in the Southern District of Florida on Monday, July 27, 2020.

10. Based on the foregoing facts, I submit that probable cause exists to believe that the defendants, VACIANNA, GOWIE, MCCOOK, and ROSE, while on board a vessel subject to the jurisdiction of the United States, did knowingly and willfully conspire to possess with intent to distribute a controlled substance, that is one-thousand (1,000) kilograms or more of marijuana, in violation of Title 46, United States Code, Sections 70503(a)(1); all in violation of Title 46, United States Code, Section 70506(b).

FURTHER AFFIANT SAYETH NAUGHT

_____
MICHAEL AHERN, Special Agent
Drug Enforcement Agency

Attested by the Applicant in accordance
with the requirements of Fed. R. Crim. P.
4.1 by FaceTime this

_____27th_____ Day of July, 2020

_____
THE HONORABLE JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE